**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FAIR HOUSING CENTER OF CENTRAL
INDIANA, INC., *et al.*,

      Plaintiffs,

        v.                   Case No. 1:17-cv-1782-RLM-TAB

RAINBOW REALTY GROUP, INC., *et al.*,

      Defendants.

## MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFFS NELLY ESPINOZA AND MARVIN MARTINEZ

Pursuant to Fed. R. Civ. P. 41(a)(2) and the terms of a settlement agreement between Plaintiffs Nelly Espinoza and Marvin Martinez and Defendants Rainbow Realty Group, Inc., *et al.*, Plaintiffs move for a voluntary dismissal with prejudice of the claims of Ms. Espinoza and Mr. Martinez against Defendants in the above-captioned case. The requested dismissal applies to the claims against Defendants by Ms. Espinoza and Mr. Martinez only, and does not apply to or affect the claims against Defendants by the remaining Plaintiffs in the case. Ms. Espinoza, Mr. Martinez, and Defendants will bear their own costs and attorneys' fees.

Based on the foregoing, Plaintiffs respectfully request that the Court enter an order dismissing the claims of Ms. Espinoza and Mr. Martinez with prejudice.

Dated: May 25, 2018               Respectfully submitted,

                                    /s/ Joseph J. Wardenski
                                    Glenn Schlactus
                                    Jennifer I. Klar
                                    Joseph J. Wardenski
                                    Laura Gaztambide-Arandes
                                    RELMAN, DANE & COLFAX PLLC

1225 19th Street, NW, Suite 600
Washington, DC  20036
Phone: (202) 728-1888
Fax: (202) 728-0848
gschlactus@relmanlaw.com
jklar@relmanlaw.com
jwardenski@relmanlaw.com
larandes@relmanlaw.com

James P. Strenski
Ian P. Goodman
CANTRELL, STRENSKI & MEHRINGER, LLP
150 West Market Street, Suite 800
Indianapolis, IN 46204
Tel: 317.352.3500
Fax: 317.352.3501
jstrenski@csmlawfirm.com
igoodman@csmlawfirm.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 25, 2018, a copy of the foregoing Plaintiffs' Motion for

Voluntary Dismissal of Plaintiffs Nelly Espinoza and Marvin Martinez was filed and served

electronically on all counsel of record using the Court's CM/ECF system.

/s/ Joseph J. Wardenski
Joseph J. Wardenski
