## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW REALTY GROUP, INC., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-1782-RLM-TAB |

## ORDER DISMISSING CLAIMS OF PLAINTIFFS NELLY ESPINOZA AND MARVIN MARTINEZ ONLY

This matter is before the Court on Plaintiffs' Motion to Voluntarily Dismiss Plaintiffs Nelly Espinoza and Marvin Martinez from this action, with prejudice, pursuant to a settlement agreement between Ms. Espinoza, Mr. Martinez, and Defendants Rainbow Realty Group, Inc.

Being duly advised, the Court GRANTS that Motion. The Court hereby dismisses with prejudice the claims of Plaintiffs Nelly Espinoza and Marvin Martinez against Defendants in this case. Ms. Espinoza, Mr. Martinez, and Defendants will bear their own costs and attorneys' fees with respect to the dismissed claims.

This Order does not apply to or affect the claims of the remaining Plaintiffs against Defendants in this action. All other claims asserted in this matter remain pending.

Dated: _____

_____

*Service will be made electronically on all counsel of record via email generated by the Court's ECF system.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 29, 2018, a copy of the foregoing Proposed Order was filed and served electronically on all counsel of record using the Court's CM/ECF system.

                /s/ Joseph J. Wardenski
                Joseph J. Wardenski