UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC. et al, <br><br> Plaintiffs <br><br> v. <br><br> RAINBOW REALTY GROUP, INC. et al, <br><br> Defendants | Cause No. 1:17-cv-1782 RLM-TAB |

O R D E R

Pursuant to Fed. R. Civ. P. 41(a)(2) and based on plaintiffs Nelly Espinoza and Marvin Martinez's representation that they have settled with the defendants, the court GRANTS their motion for voluntary dismissal [Doc. No. 70] and DISMISSES the claims of plaintiffs Nelly Espinoza and Marvin Martinez against the defendants with prejudice, each party to bear its own costs. This order doesn't affect the claims of the remaining plaintiffs in the case.

SO ORDERED.

ENTERED: June 18, 2018

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Electronically distributed to all
registered counsel of record via ECF.