UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*, | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Cause No. 1:17-CV-1782 RLM-TAB |
| | ) | |
| RAINBOW REALTY GROUP, INC., *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |

ORDER

The court will conduct a telephonic hearing on defendants' motion for partial summary judgment [Doc. No. 192] on **Tuesday, March 9, 2021, at 1:00 p.m. (E.S.T.)**.  Each side will be given 15 minutes and should designate one attorney serve as spokesperson throughout the proceeding. Remaining counsel may listen to the proceedings, but will have no speaking part unless authorized by the court in advance of the hearing. The parties should dial 888-278-0296 and enter access code 3816576 to join the telephonic conference.

SO ORDERED.

ENTERED:   February 11, 2021

_____/s/ Robert L. Miller, Jr._____
Judge
United States District Court

Distribution: All electronically
registered counsel of record