UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., MORY KAMANO, NORMA TEJEDA, CORDELL SPENCER, MARIA GASPAR, FRANKLIN PAZ, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW REALTY GROUP, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) No. 1:17-cv-01782-JMS-TAB ) ) ) ) |

**ORDER SETTTING TELEPHONIC STATUS CONFERENCE**

**This cause is set for a telephonic status conference at 10 a.m. (Eastern Time) on April 21, 2021.**  Parties shall participate in this conference by counsel.  The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.  The purpose of this conference is to discuss case status, settlement, and trial.

Dated:  4/16/2021

_[signature]_

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email