UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., MORY KAMANO, NORMA TEJEDA, CORDELL SPENCER, MARIA GASPAR, FRANKLIN PAZ, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-01782-JMS-TAB |
| RAINBOW REALTY GROUP, INC., EMPIRE HOLDING CORP., JAMES R. HOTKA, SUNSHINE TRUST, REDSKINS TRUST, SPORTING TRUST, ALLEY CAT TRUST, SHORE WATERS DEVELOPMENT, LLC, SUNFLOWER TRUST, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON APRIL 21, 2021, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 21, 2021, for a telephonic status conference.

Discussion was held regarding discovery, settlement, and related matters. Conference concluded without further order.

Date: 4/21/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email