UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., MORY KAMANO, NORMA TEJEDA, CORDELL SPENCER, MARIA GASPAR, FRANKLIN PAZ, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-01782-JMS-TAB |
| RAINBOW REALTY GROUP, INC., EMPIRE HOLDING CORP., JAMES R. HOTKA, SUNSHINE TRUST, REDSKINS TRUST, SPORTING TRUST, ALLEY CAT TRUST, SHORE WATERS DEVELOPMENT, LLC, SUNFLOWER TRUST, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Jury Trial before Judge Jane Magnus-Stinson on **January 24, 2022 at 9:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **December 29, 2021 at 10:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded of the required pretrial preparation deadlines set forth in the case management plan..

Counsel are further reminded to review the undersigned's Practices and Procedures, available at docket [222].

Date: <u>May 4, 2021</u>

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Zachary Best
RELMAN COLFAX PLLC
zbest@relmanlaw.com

Russell B. Cate
RILEYCATE, LLC
rcate@rileycate.com

Briana Lynn Clark
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
briana.clark@dentons.com

Matthew B. Keyes
RILYECATE, LLC
mkeyes@rileycate.com

Jennifer I. Klar
RELMAN COLFAX PLLC
jklar@relmanlaw.com

Andrea M. Lowe
RELMAN COLFAX PLLC
alowe@relmanlaw.com

Andrew M. Pendexter
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
andrew.pendexter@dentons.com

Glenn Schlactus
RELMAN COLFAX PLLC
gschlactus@relmanlaw.com

Brian W. Welch
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
brian.welch@dentons.com

Yiyang Wu
RELMAN COLFAX PLLC
ywu@relmanlaw.com