UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., MORY KAMANO, NORMA TEJEDA, CORDELL SPENCER, MARIA GASPAR, FRANKLIN PAZ, <br><br>　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>RAINBOW REALTY GROUP, INC., EMPIRE HOLDING CORP., JAMES R. HOTKA, SUNSHINE TRUST, REDSKINS TRUST, SPORTING TRUST, ALLEY CAT TRUST, SHORE WATERS DEVELOPMENT, LLC, SUNFLOWER TRUST, <br><br>　　　　　　　Defendants. | No. 1:17-cv-01782-JMS-TAB |

**ENTRY FOR JULY 25, 2022**
**JUDGE JANE MAGNUS-STINSON**
**RESETTING HEARING**

The August 31, 2022 final pretrial conference is **vacated and reset to September 21, 2022 at 9:30 a.m**. in room 202, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Distribution:

Russell B. Cate
RILEYCATE, LLC
rcate@rileycate.com

Briana Lynn Clark
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
briana.clark@dentons.com

Reed Colfax
RELMAN COLFAX PLLC
rcolfax@relmanlaw.com

Gabriel Diaz
RELMAN COLFAX PLLC
gdiaz@relmanlaw.com

Michael A. Dorelli
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
michael.dorelli@dentons.com

Zoila Hinson
RELMAN COLFAX PLLC
zhinson@relmanlaw.com

Matthew B. Keyes
RILYECATE, LLC
mkeyes@rileycate.com

Glenn Schlactus
RELMAN COLFAX PLLC
gschlactus@relmanlaw.com

Brian W. Welch
DENTONS BINGHAM GREENEBAUM LLP (Indianapolis)
brian.welch@dentons.com