**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW REALTY GROUP, INC., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01782-JMS-TAB |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS UNDER THE EQUAL CREDIT OPPORTUNITY ACT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Fair Housing Center of Central Indiana, Inc., Maria Gaspar, Mory Kamano, Franklin Paz, Cordell Spencer, and Norma Tejeda ("Plaintiffs") and Defendants Rainbow Realty Group, Inc., Empire Holding Corporation, Shore Waters Development, LLC, Alley Cat Trust, Sporting Trust, Sunflower Trust, Sunshine Trust, Redskins Trust, and James R. Hotka ("Defendants") (collectively, "Parties") hereby stipulate to Plaintiffs' voluntary dismissal with prejudice of Plaintiffs' individual and class claims under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 et seq. The Parties further stipulate that each party shall bear its own costs and attorneys' fees and that this joint stipulation shall have no effect on Plaintiffs' other claims or on the right of any party to appeal any issue relating to any other claim.

Dated: October 17, 2022

Respectfully submitted,

/s/ Reed Colfax
Reed Colfax (admitted *pro hac vice*)
Zoila Hinson (admitted *pro hac vice*)
Gabriel Diaz (admitted *pro hac vice*)
Glenn Schlactus (admitted *pro hac vice*)
RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848

Russell B. Cate
Matthew B. Keyes
RileyCate, LLC
11 Municipal Drive Suite 200
Fishers, IN 46038
Tel: 317-588-2866
Fax: 317-564-0599

*Counsel for Plaintiffs*


/s/Briana L. Clark
Brian W. Welch
Briana L. Clark
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: (317) 968-5418
Facsimile: (317) 236-9907
brian.welch@dentons.com
briana.clark@dentons.com

Andrew M. Pendexter
Dentons, LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704

Telephone: (213) 623-9300
andrew.pendexter@dentons.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing Joint Stipulation of Dismissal of Plaintiffs' Claims Under the Equal Credit Opportunity Act was filed and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Reed Colfax

*Counsel for Plaintiffs*