UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW REALTY GROUP, INC., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01782-JMS-TAB |

**JOINT NOTICE OF FILING AMENDED EXHIBIT IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND PROPOSED ORDER**

Pursuant to the Court's Minute Entry dated January 11, 2023, Plaintiffs and Class Representatives Mory Kamano, Norma Tejeda, Cordell Spencer, Maria Gaspar, and Franklin Paz ("Plaintiffs") and Defendants Rainbow Realty Group, Inc., Empire Holding Corp., Shore Waters Development, LLC, Alley Cat Trust, Sporting Trust, Sunflower Trust, Sunshine Trust, Redskins Trust, and James Hotka ("Defendants") (collectively, "Parties") hereby notify the Court of the filing of an amended exhibit to the Parties' Joint Motion for Certification of Class Settlement and Preliminary Approval of Settlement Agreement [Filing No. 381-1]. To allow the Court to readily see the modifications from the previous version, the Parties are attaching clean (attached as Ex. A) and redline (attached as Ex. B) versions of the following:

1. A revised Settlement Agreement that reflects the revisions to language regarding logistics for the filing of objections to which the Parties agreed during the January 11, 2023 telephonic conference in this matter, as well as limited additional changes to the administration of the Settlement Fund proposed by the claims administrator Plaintiffs are retaining and to which the Parties have agreed;

2. A revised claims notice that contains parallel language regarding logistics for the filing of objections to the terms of the Settlement Agreement; and

3. A revised claims form to remove reference to an online claims filing process, which is not called for in the Settlement Agreement. Based on information received from the claims administrator, such a process would be prohibitively expensive given the amount set aside for claims administration.

The Parties are also attaching a revised Proposed Order (attached as Ex. C) that removes reference to a Preliminary Approval Hearing and states that the Final Fairness Hearing will take place on May 11, 2023 at 10:00 am.

Dated: January 18, 2023

Respectfully submitted,

/s/ Reed Colfax
Reed Colfax (admitted *pro hac vice*)
Zoila Hinson (admitted *pro hac vice*)
Gabriel Diaz (admitted *pro hac vice*)
RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848

Russell B. Cate
Matthew B. Keyes
RileyCate, LLC
11 Municipal Drive Suite 200
Fishers, IN 46038
Tel: 317-588-2866
Fax: 317-564-0599

*Counsel for Plaintiffs*

/s/ Briana L. Clark
Briana L. Clark
Michael A. Dorelli
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: (317) 968-5418
Facsimile: (317) 236-9907
briana.clark@dentons.com
michael.dorelli@dentons.com

Andrew M. Pendexter
Dentons, LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
andrew.pendexter@dentons.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, a copy of the Notice of Filing was filed and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Reed Colfax
Reed Colfax
