UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW REALTY GROUP, INC., *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01782-JMS-TAB |

### JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs and Class Representatives Mory Kamano, Norma Tejeda, Cordell Spencer, Maria Gaspar, and Franklin Paz ("Plaintiffs") and Defendants Rainbow Realty Group, Inc., Empire Holding Corp., Shore Waters Development, LLC, Alley Cat Trust, Sporting Trust, Sunflower Trust, Sunshine Trust, Redskins Trust, and James Hotka ("Defendants") (collectively, "Parties") hereby move the Court to grant final approval of the Settlement Agreement.

In support of this motion, the Parties submit the attached Settlement Agreement and accompanying Brief in Support of the Parties' Joint Motion for Final Approval of Settlement Agreement.

Dated: April 28, 2023                               Respectfully submitted,

| | |
|---|---|
| /s/ Reed Colfax<br>Reed Colfax (admitted *pro hac vice*)<br>Zoila Hinson (admitted *pro hac vice*)<br>Gabriel Diaz (admitted *pro hac vice*)<br>RELMAN COLFAX PLLC<br>1225 19th St., NW, Suite 600<br>Washington, D.C. 20036<br>Tel: 202-728-1888 | /s/ Briana L. Clark<br>Briana L. Clark<br>Michael A. Dorelli<br>DENTONS BINGHAM GREENEBAUM LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204<br>Telephone: (317) 968-5418 |

Fax: 202-728-0848

Russell B. Cate
Matthew B. Keyes
RileyCate, LLC
11 Municipal Drive Suite 200
Fishers, IN 46038
Tel: 317-588-2866
Fax: 317-564-0599

*Counsel for Plaintiffs*

Facsimile: (317) 236-9907
briana.clark@dentons.com
michael.dorelli@dentons.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2023, a copy of the foregoing Joint Motion for Final Approval of Settlement Agreement was filed and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Reed Colfax<br>
Reed Colfax