# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW REALTY GROUP, INC., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01782-JMS-TAB |

## ORDER OF DISMISSAL

Upon consideration of the parties' Joint Motion for Order of Dismissal with Prejudice, the motion [400] is hereby **GRANTED**.

It is therefore ORDERED that:

a. All claims Plaintiffs have asserted in the above-captioned action against Defendants in this matter are hereby dismissed with prejudice;

b. The Court shall retain jurisdiction over the matter for a period of three years for the purpose of enforcing the Settlement Agreement as provided in paragraph 16 of the Parties' Settlement Agreement that the Court has approved; and

c. The Court shall retain jurisdiction over the implementation of the class funds distribution process as set forth in the Settlement Agreement that the Court has approved, until 30 days after the class funds have been distributed to all class members. The parties are **ORDERED** to file a report one week after the class funds have been distributed to advise the Court that the process has been completed.

IT IS SO ORDERED.

Date: 7/26/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distributed to all counsel of record via ECF